UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
APR 0 3 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| CHRISTOPHER ABERNATHY | ) | JUDGE DOW |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 16 CV 2128 |
| The VILLAGE OF PARK FOREST, et al. | ) | |
| Defendant, | ) | |

## NOTICE OF FILING

To:   See attached Service List.

**Please take notice** that I have this 01st day of April 2017, caused to be filed **DEFENDANT'S RESONSE TO PLAINTIFF'S SUMMONS IN A CIVIL CASE** a copy of which is herewith served upon you.

Dated this 01st day of April 2017

s/Steve Theodore
Theodore Polygraph Service Inc.

## CERTIFICATE OF SERVICE

I, Steve Theodore, do hereby certify that a copy of **DEFENDANT'S REPONSE TO PLAINTIFF'S SUMMONS IN A CIVIL CASE** will be sent and served upon the counsel listed in the attached Service List by electronic mail on the 01st day of April 2017 and by postage pre-paid U.S. Mail on the 01st day of April 2017.

Dated this 01st day of April 2017

s/Steve Theodore
Theodore Polygraph Service Inc.

Steve Theodore /Theodore Polygraph Service Inc.
4415 West Harrison #206
Hillside, Illinois 60162
708/449-5020
Pro Se

Case: 1:16-cv-02128 Document #: 107 Filed: 04/03/17 Page 2 of 7 PageID #:629

Case: 1:16-cv-02128 Document #: 107 Filed: 04/03/17 Page 2 of 7 PageID #:629

Case: 1:16-cv-02128 Document #: 107 Filed: 04/03/17 Page 2 of 7 PageID #:629

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SERVICE LIST

Torreya L. Hamilton
The Hamilton Law Office LLC
53 West Jackson Boulevard
 Suite 452
Chicago, Illinois  60604



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
APR 0 3 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EASTERN DIVISION

CHRISTOPHER ABERNATHY ) JUDGE DOW
  Plaintiff, )
  v. ) Civil Action No. 16 CV 2128
The VILLAGE OF PARK FOREST, et al. )
  Defendant, )

## DEFENDANT STEVE THEODORE'S ANSWER TO

## FIRST AMENDED COMPLAINT

Now comes STEVE THEODORE individually and as owner of Theodore Polygraph Service Inc., and in answer to the First Amended Complaint, say as follows.

### INTRODUCTION

1-7: Defendant STEVE THEODORE neither admits nor denies these allegation, but demands strict proof thereof.

### JURISDICTION and VENUE

Defendant STEVE THEODORE admits proper venue and jurisdiction.

### PARTIES

11-14: Defendant STEVE THEODORE neither admits nor denies these allegation, but demands strict proof thereof.

15: STEVE THEODORE admits the allegation in paragraph 15.

16-17: Defendant STEVE THEODORE neither admits nor denies these allegation, but demands strict proof thereof.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

18: Defendant denies that STEVE THEODORE is liable under the doctrine of *respondeat superior*.

### The Hickey Murder Investigation

19-32: Defendant STEVE THEODORE neither admits nor denies these allegation, but demands strict proof thereof.

33: Defendant STEVE THEODORE admits the allegation.

34: Defendant STEVE THEODORE denies each and every allegation in paragraph 34 and moves to strike paragraph 34 from the complaint as the tern "coercion" and "cooperation and conspiring" is a conclusion and the paragraph alleges not a single specific factual allegation against STEVE THEODORE in support thereof.

35: Defendant STEVE THEODORE denies the allegations in paragraph 35.

36: Defendant STEVE THEODORE denies.

37: Defendant STEVE THEODORE denies.

38-48: Defendant STEVE THEODORE neither admits nor denies these allegation, but demands strict proof thereof.

### ABERNATHY'S Exoneration and Release

49-56: Defendant STEVE THEODORE neither admits nor denies these allegation, but demands strict proof thereof.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## COUNT I
(42 U.S.C. § 1983 – Fourth Amendment False Arrest Claim)

57: Defendant STEVE THEODORE realleges his answers in paragraph 1 to 56.

58-61: Defendant STEVE THEODORE neither admits nor denies these allegation, but demands strict proof thereof.

**WHEREFORE**, Defendant STEVE THEODORE prays for this count to be dismissed.

## COUNT II
(42 U.S.C. § 1983 – Fourteenth Amendment Due Process Claim)

62: Each of Defendant STEVE THEODORE'S answers to the foregoing are realleged herein.

63: Defendant STEVE THEODORE denies.

64: Defendant STEVE THEODORE neither admits nor denies these allegation, but demands strict proof thereof.

65: Defendant STEVE THEODORE denies.

66: Defendant STEVE THEODORE denies.

67: Defendant STEVE THEODORE denies.

68: Defendant STEVE THEODORE denies.

69: Defendant STEVE THEODORE denies.

**WHEREFORE,** Defendant STEVE THEODORE prays for this count to be dismissed.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### COUNT III
(42 U.S.C. § 1983 – Fifth Amendment Coerced Confession Claim)

70: Each of Defendant STEVE THEODORE'S answers to the foregoing are realleged herein.

71-76: Defendant STEVE THEODORE denies.

    **WHEREFORE,** Defendant STEVE THEODORE prays for this count to be dismissed.

### COUNT IV
(42 U.S.C. § 1983 – Fourth Amendment Federal Malicious Prosecution Claim)

77: Each of Defendant STEVE THEODORE'S answers to the foregoing are realleged herein.

78-82: Defendant STEVE THEODORE denies.

    **WHEREFORE,** Defendant STEVE THEODORE prays for this count to be dismissed.

### COUNT V
(42 U.S.C. § 1983 – Failure to Intervene)

83: Each of Defendant STEVE THEODORE'S answers to the foregoing are realleged herein.

84-85: Defendant STEVE THEODORE denies.

    **WHEREFORE,** Defendant STEVE THEODORE prays for this count to be dismissed.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## COUNT VI
(Illinois Malicious Prosecution Claim)

86: Each of Defendant STEVE THEODORE'S answers to the foregoing are realleged herein.

87-91: Defendant STEVE THEODORE denies.

**WHEREFORE,** Defendant STEVE THEODORE prays for this count to be dismissed.

## COUNT VII
(42 U.S.C. § 1983 – Conspiracy to Deprive Constitutional Rights)

92: Each of Defendant STEVE THEODORE'S answers to the foregoing are realleged herein.

93-97: Defendant STEVE THEODORE denies.

**WHEREFORE,** Defendant STEVE THEODORE prays for this count to be dismissed.

s/Steve Theodore

By: Steve Theodore
THEODORE POLYGRAPH SERVICE INC.
4415 West Harrison Street #206
Hillside, Illinois 60162
708/449-5020
Pro Se

5