IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ABERNATHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 16 CV 2128 |
| | ) | |
| The VILLAGE OF PARK FOREST, et al., | ) | Judge DOW |
| | ) | |
| Defendants. | ) | Magistrate Judge GILBERT |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, this cause should be dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

Respectfully submitted,

/s Kevin T. Turkcan
One of Plaintiff's Attorneys
Kevin T. Turkcan
HAMILTON LAW OFFICE, LLC
53 West Jackson Boulevard, Suite 452
Chicago, Illinois 60604
312.726.3173

Respectfully submitted,

/s/ Derek Kuhn
Derek R. Kuhn
Yulia Nikolaevskaya
Cook County State's Attorney's Office
500 Daley Center
Chicago, Illinois 60602
(312) 603-5527
derek.kuhn@cookcountyil.gov
*Attorneys for Defendants Paul Perry and Cook County, Illinois*

Respectfully submitted,

/s/ Jeffrey R. Kivetz
JEFFREY R. KIVETZ, Atty No. 06308250
*One of the Attorneys for Village Defendants*
James G. Sotos
Caroline P. Golden
Jeffrey R. Kivetz
Laura M. Ranum
**THE SOTOS LAW FIRM, P.C.**
141 W. Jackson Blvd., Suite 1240A
Chicago, IL 60604
(630) 735-3300
jkivetz@jsotoslaw.com

Respectfully submitted,


/s/ Lawrence Fischer
Attorney for Theodore Polygraph Service, Inc. and Steve Theodore

Lawrence Fischer ARDC #6217373
Law Office of Lawrence Fischer
115 E. Main St.
Cary, IL 60013
(847) 516-3871
lfischeresq@sbcglobsl.net